**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:  December 8, 2006**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Kurt Thoene

---

**Criminal Case No. 03-cr-00089-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | James Hearty |
| v. | |
| 1.    GRANT GRAHAM, | Daniel Sears |
|         Defendant. | |

---

## SENTENCING MINUTES

---

**10:10 a.m.    Court in session.**

The Defendant is present in Court (on bond).

Court's opening statements.

The record should reflect that the court met with counsel in chambers prior to the commencement of these proceeding

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addenda.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Defendant is sworn.

Statement to the court by the defendant.

Statement to the court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report and addenda.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7. The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That the Government's Motion for Downward Departure Pursuant to 5K1.1 [#715], filed November 16, 2006, is **granted.** The Government's Motion to Dismiss Counts [#716] filed November 16, 2006, is **granted**. All Indictments and charges stated and identified therein are now dismissed with prejudice.

3. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Information.

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

**5.** That no supervised release is imposed.

      6.      That no fine is imposed.

      7.      That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

The Defendant waives formal advisement of appeal.

**10:30 a.m.**    **Court in recess.**

*Total in court time: 00:20 minutes - Hearing concluded*